### CLAUDE REEVES V. THE STATE.

No. 11468.    Motion to dismiss granted May 2, 1928.

**Conspiracy to Commit a Felony—Escape of Appellant—Appeal Dismissed.**

The opinion handed down in this case on March 28, 1928, is hereby withdrawn, it being shown that appellant, pending his appeal in this case, had escaped from the custody of the proper authorities and did not voluntarily return to such custody. On motion of the state the appeal must be dismissed.

Appeal from the District Court of Wichita County. Tried below before the Hon. P. A. Martin, Judge.

Appeal from a conviction for a conspiracy to commit a felony, penalty two years and six months in the penitentiary.

The opinion states the case.

*Harry R. Bunnenberg* of Wichita Falls, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—Pending the disposition of the state's motion for rehearing in this case, it is made known to us by

uncontroverted affidavits that appellant escaped from the custody of the proper authorities, and was thereafter recaptured, and did not voluntarily return to such custody. Under the terms of Art. 824 of our Code of Criminal Procedure such fact renders imperative our holding that the appeal in this case must be dismissed. Laughlin v. State, 97 Tex. Crim. Rep. 370. The opinion handed down in this case on March 28, 1928, is hereby withdrawn.

The state's motion to dismiss this appeal is therefore granted, and it is accordingly so ordered.

*Appeal dismissed.*